EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Héctor R. Díaz Vanga | 2019 TSPR 89<br><br>202 DPR ____ |

Número del Caso: TS-15,464


Fecha: 9 de mayo de 2019


Abogado de la parte peticionaria:

      Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Héctor R. Díaz Vanga              TS-15,464

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de mayo de 2019.

Examinada la *Moción en cumplimiento de orden* presentada el 22 de abril de 2019 por el Sr. Héctor R. Díaz Vanga, se autoriza su reinstalación al ejercicio de la abogacía. Además, se ordena la reactivación de las quejas AB-2017-260, AB-2018-42 y AB-2018-234, las cuales fueron archivadas administrativamente por motivo de su suspensión de la profesión legal.

Se apercibe al Lcdo. Héctor R. Díaz Vanga que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, y atender diligentemente los señalamientos y requisitos de este Tribunal y la Oficina del Procurador General.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres proveería no ha lugar y hace constar la siguiente expresión:

El Juez asociado señor Martínez Torres denegaría la reinstalación en esta etapa y solo la consideraría al resolverse las quejas AB-2017-260, AB-2018-42 y AB-2018-234. El litigante que es suspendido por

no contestar se coloca en la misma posición que un abogado que solicita admisión por primera vez: Tiene que allanarse a que el Tribunal se asegure de su idoneidad ética antes de otorgarle una licencia para ejercer la profesión. No cerciorarnos de eso antes de reinstalar la licencia va contra el interés público y puede resultar en que le otorguemos -o reactivemos- una licencia a una persona, sin la certeza necesaria de que no existen problemas éticos que le inhabiliten para practicar la abogacía.

La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar a la reinstalación. La Jueza Asociada señora Pabón Charneco y los Jueces Asociados señor Estrella Martínez y señor Colón Pérez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo